No. 447, Misc. CHIARELLA *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted. Upon consideration of the record and the confession of error by the Solicitor General, the judgment of the Court of Appeals is vacated and the case is remanded to the District Court for resentencing. *William Charles Brown* and *John M. Smith, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 11, Original. UNITED STATES *v.* CALIFORNIA. The report of the Special Master under the order of June 27, 1949, has been received and filed. Briefs of the parties in relation thereto may be filed on or before July 16, next, and reply briefs on or before August 6, next. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this question.

No. 146. ALABAMA PUBLIC SERVICE COMMISSION ET AL. *v.* SOUTHERN RAILWAY Co.; and

No. 395. ALABAMA PUBLIC SERVICE COMMISSION ET AL. *v.* SOUTHERN RAILWAY Co. The motions of the appellee that the mandates in these cases provide for retention by the District Court of jurisdiction pending further proceedings are denied. The motions to stay the issuance of the mandates are also denied.

No. 524, Misc. THARP *v.* MISSOURI;

No. 525, Misc. COAKLEY *v.* ALVIS, WARDEN; and

No. 527, Misc. TAYLOR *v.* McGRATH, ATTORNEY GENERAL, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.